Sylvan Hosp.ity Group, Inc. v St. Giles Hotel, LLC (2024 NY Slip Op 00396)

Sylvan Hosp. Group, Inc. v St. Giles Hotel, LLC

2024 NY Slip Op 00396

Decided on January 30, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 30, 2024

Before: Singh, J.P., Kapnick, Kennedy, Higgitt, Michael, JJ. 

Index No. 150582/22 Appeal No. 1563 Case No. 2023-00653 

[*1]Sylvan Hospitality Group, Inc., Plaintiff-Appellant,
v
St. Giles Hotel, LLC, Defendant-Respondent.

Siegel & Siegel, P.C., New York (Michael D. Siegal of counsel), for appellant.
Lewis Brisbois Bisgaard & Smith LLP, New York (Peter T. Shapiro of counsel), for respondent.

Order, Supreme Court, New York County (Verna L. Saunders, J), entered January 24, 2023, which to the extent appealed from as limited by the briefs, granted defendant's motion to cancel plaintiff tenant's notice of pendency pursuant to CPLR 6514(b), and to dismiss tenant's cause of action to quiet title, unanimously affirmed, without costs.
In PK Rest., LLC v Lifshutz (138 AD3d 434 [1st Dept 2016]), this Court held that "'a lease for years is deemed personalty'" (id. at 439, quoting Matter of Grumman Aircraft Eng'g Corp. v Board of Assessors of Town of Riverhead, 2 NY2d 500, 507 [1957], cert denied 355 US 814 [1957]). Thus, a notice of pendency in connection with this lease dispute is unavailable to tenant (id.).
We have considered tenant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 30, 2024